CAUSE NO. 34605C AND NO. 33785C.

IN THE RANDALL COUNTY COURT
251ST AND 47TH
RANDALL COUNTY TEXAS

2:26-CV-014-Z-BR

JAN 27 2026 PM 2:32
FILED – USDC – NDTX – AM

EX PARTE
RONALD JAMES TORRES
APPLICANT

WRIT OF HABEAS CORPUS

To the Honorable Judge of said Court:
Comes now, Ronald James Torres, Applicant in the above-styled and numbered cause, and respectfully files this application for a Writ of Habeas Corpus pursuant to Article 11.01 et seq. of the Texas Code of Criminal Procedure, and in support thereof would show the Court as follows:

I PARTIES
1. APPLICANT: Ronald James Torres, currently confined in Randall County Jail, located at 9100 S Georgia St. Amarillo Texas 79118 in Randall County, Texas.
2. Respondent: Sheriff Forbis in his/her official capacity as the custodian of Applicant, having custody and controll over Applicant at Randall County Jail, located at 9100 S Georgia St. Amarillo Texas 79118 in Randall County Texas.

II JURISDICTION

This Court has the Jurisdiction over this matter pursuant to Article 11.05 of the Texas Code of Criminal Procedure, which grants jurisdiction to the district courts of Texas to issue writs of HABEAS CORPUS.

III STATEMENT OF FACTS

1. DATE OF ARREST/DETENTION: Applicant was arrested on 8/03/25 in Bell County, held for nine days and transferred to Randall County on or about 8/11/25 and has been continuously detained in Randall County Jail since that date.

2. Charges: Cause no. 34605C - Criminal nonsupport
Cause no. 33785C - Intent to commit Bodily Injury on a minor, under Texas Penal Code.

3. Bail/Bond: Bail was set at, Cause no. 34605C - $1,000,000.00 and Cause no. 33785C - $30,000.00  DATES UNKNOWN.

4. Delays in Trial: Applicant has been detained for 171 days / 5 months +, without Trial. Mr. Warner petitioned the Court to withdraw as counsel, Hearing was SET. Mr. Warner did not show. Hearing was not Rescheduled. No other proceedings have been rendered.

5. Applicant asserts his right to a speedy Trial under the Six Amendment of the United States Constitution, Article 1, Section 10 Texas Constitution, and Article 1.05 of the Texas Code of Criminal Procedure.

IV Grounds for Relief

Applicant contends that his detention is unlawful for the following reasons:

1. Violation of Right to Speedy Trial: Applicants prolonged detention without trial violates his constitutional right to a speedy trial.

2. Excessive Bail: The bail set in Cause No. 34605C. $1,000,000.00 and Cause No. 33785C. $30,000.00 case's is excessive and amounts to a denial of bail, in violation of Article 1, Section 13 of the Texas Constitution.

3. Lack of Probable Cause: In Cause No. 33785C. There is lack of probable cause to justify Applicants continued detention.

4. Other Grounds: Ineffective Assistance of Counsel. Mr. Warner petitioned to withdraw from the case back on Aug. 7th or around/near that date. It was not granted and a hearing was set. Mr Warner did not show. Mr Warner was not removed nor was another lawyer assigned, and no other hearing set in Cause No. 34605C. I do not understand the nature of the changes and respectfully reserve my right without prejudice under UCC 1-308 and UCC 1-308.9

Reserved: Article I Section 10 of the United States Constitution - No State shall enter into any Treaty, Alliance, or Confederation; Grant Letters of Marque and Reprisal; Coin Money; Emit Bills of Credit; make anything but Gold and Silver Coin a tender

In payment of Debts; pass any Bill of Attainer, Ex post facto Law Impairing the obligation of Contracts, or Grant any Title of Nobility. Article six of the United State Constitution 2nd paragraph - This Constitution, And Laws of the United States which shall be made in pursuance thereof And All Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the Land; And the Judges in every State shall be bound thereby, Any thing in the Constitution or Laws of Any State to the Contrary notwithstanding. Violation of the Eighth Amendment of the United States Constitution cause no 34605C. Bail set at $1,000,000.00 for (failure to pay child support) Criminal nonsupport - 35080001 - The State of Arizona pays child support for Trinity Torres, Jacob Torres And Chance Torres. They are wards of the State of Arizona.

When I use without Prejudice UCC 308 I am saying I Reserve my Right not to be Compelled to perform under Any Contract or Commercial Agreement that I did not enter into Knowingly, Voluntarily and Intentionally. I do not accept the liability of Any Compelled Benefit or any Unrevealed Contract or Comercial Agreement. And Explicit Reservation of my Rights pursuant to ICC 1-308. Respectfully I insist

That the statutes be construed in harmony with common law. UCC 1-103.6

V Prayer for Relief
Wherefor, premises considered, Applicant respectfully prays that this court:
1. Issue a writ of HABEAS CORPUS commanding Respondent to bring Applicant before this court at a time specified by the court, to show cause why Applicant should not be released from unlawful confinement;
2. Upon hearing, order Applicant's immediate release from custody;
3. Reduce Applicant's Bail to a P.R. Bond due to the fact that they have held me captive for over 5 months and no bond can be set, that I would be able to pay. Without having the ability to work. My bank accounts are at or around $0.00
4. Grant any other relief to which Applicant may be justly entitled.

Respectfully Submitted
Ronald James Torres
Ronald James Torres
280 Meadow Glen Dr., Killeen, Texas 76543
Inmate ID No. 102920
01/21/26

Ronald James Torres - 102920
9100 S. Georgia ST
Amarillo Texas 79118

Legal

United States District Court
205 S.E. 5Th Ave Room 133
Amarillo, Texas
                79101-1559



RECEIVED
JAN 27 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1099cd
RG50